Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HIEP D. LE,<br><br>                    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Case No. 2:16-cv-02393-RFB-GWF<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |

Defendant Equifax Information Services LLC ("Equifax") has requested a second extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Hiep D. Le has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **January 6, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate

/ / /

/ / /

/ / /

/ / /

/ / /

1  settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

2  Respectfully submitted this 16th day of December 2016.

3                                                                  SNELL & WILMER LLP

5  By: /s/  Bradley T. Austin
   Bradley T. Austin
   Nevada Bar No. 13064
6  3883 Howard Hughes Pkwy
   Suite 1100
7  Las Vegas, NV 89169
   Tel: 702-784-5200
8  Fax: 702-784-5252
9  Email: baustin@swlaw.com

10 *Attorneys for Defendant Equifax Information
11 Services LLC*

12 ***No opposition***

14  /s/ David H. Krieger, Esq.
    David H. Krieger, Esq.
15  Nevada Bar No. 9086
    HAINES & KRIEGER, LLC
16  8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123
17  Phone: (702) 880-5554
    FAX: (702) 385-5518
18  Email: dkrieger@hainesandkrieger.com

19 *Attorneys for Plaintiff Hiep D. Lee*

21 IT IS SO ORDERED:

22 _George Foley Jr._
23 United States Magistrate Judge

24 DATED: December 19, 2016

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 16th day of December, 2016, via ECF, upon:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123

Email: dkrieger@hainesandkrieger.com

/s/ Candace L. Charlet
An Employee of Snell & Wilmer L.L.P.

25396256.1