Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HIEP D. LE, | Case No. 2:16-cv-02393-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR EQUIFAX TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EQUIFAX'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BANK OF AMERICA NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | **(First Request)** |

It is hereby stipulated by and between the parties, through their respective attorneys, that Defendant Equifax Information Services, LLC's ("Equifax") time to file a response to Plaintiff's Motion for Partial Summary Judgment (filed on August 24, 2017, Doc. 26) ("Plaintiff's MPSJ") shall be extended from September 14, 2017 to September 28, 2017. Likewise, the parties hereby stipulate that Plaintiff's time to file a response to Equifax's Motion for Summary Judgment (filed on August 24, 2017, Doc. 30) shall also be extended from September 14, 2017 to September 28, 2017.

This is the first stipulation for extension of time filed by the parties for their respective motions. The parties have engaged in some initial settlement discussions thus far and will

4836-0998-7662

continue to do so during the extended time period. This Stipulation is filed in good faith and is not intended to cause delay.

Respectfully submitted, this 5th day of September, 2017.

| KNEPPER & CLARK, LLC | SNELL & WILMER, LLP |
|---|---|
| By:/s/ Matthew I. Knepper<br>　　Matthew I. Knepper<br>　　Miles N. Clark<br>　　10040 W. Cheyenne Ave.<br>　　Suite 170-109<br>　　Las Vegas, NV 89129<br><br>　　David H. Krieger<br>　　HAINES & KRIEGER, LLC<br>　　8985 S. Eastern Avenue<br>　　Suite 350<br>　　Henderson, NV 89123<br><br>　　Sean N. Payne, Esq.<br>　　PAYNE LAW FIRM LLC<br>　　Nevada Bar No. 13216<br>　　9550 S. Eastern Ave., Suite 253-A213<br>　　Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff HIEP LE* | By:/s/ Bradley T. Austin<br>　　Bradley T. Austin , Esq.<br>　　3883 Howard Hughes Pkwy, Suite 1100<br>　　Las Vegas, NV 89169<br><br>*Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: September 6, 2017.

- 2 -

4836-0998-7662