Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

Bradley T. Austin
SNELL & WILMER, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HIEP D. LE, | Case No. 2:16-cv-02393-RFB-GWF |
| Plaintiffs, | |
| vs. | **[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRE-TRIAL ORDER** |
| BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | **(FIRST REQUEST)** |

It is hereby stipulated by and between the parties, through their respective attorneys, that the time for the parties to submit their joint pre-trial order (set by the Court's Order at ECF No. 63) should be extended from April 9, 2018, to May 9, 2018. Good cause exists for this extension: to allow the parties to identify relevant stipulations, agreed statements of fact or law, trial witnesses, and exhibits, and, to the greatest extent possible, narrow the disputes regarding

-1-

factual and legal issues and the admissibility of evidence.

This is the first stipulation for extension of time to file the joint pre-trial order. This stipulation is filed in good faith and is not intended to cause delay.

Respectfully submitted this 5th day of April, 2018.

| | |
|---|---|
| /s/ *Miles Clark* | /s/ *Bradley Austin* |
| Matthew I. Knepper | Bradley T. Austin |
| Miles N. Clark | SNELL & WILMER, LLP |
| KNEPPER & CLARK, LLC | 3883 Howard Hughes Pkwy, Suite 1100 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Las Vegas, NV 89169 |
| Las Vegas, NV 89129 | Tel: 702-784-5200 |
| Email: matthew.knepper@knepperclark.com | Fax: 702-784-5252 |
| Email: miles.clark@knepperclark.com | Email: baustin@swlaw.com |
| | |
| David H. Krieger | Zachary A. McEntyre (admitted *pro hac vice*) |
| HAINES & KRIEGER, LLC | KING & SPALDING LLP |
| 8985 S. Eastern Avenue, Suite 350 | 1180 Peachtree Street N.E. |
| Henderson, NV 89123 | Atlanta, Georgia 30309-3521 |
| Email: dkrieger@hainesandkrieger.com | Tel: (404) 572-4600 |
| | Fax: (404) 572-5100 |
| *Attorneys for Plaintiffs* | Email: zmcentyre@kslaw.com |
| | |
| | *Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2018.